UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA PARM and LISA FLAGG, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST CO., a North Carolina Chartered Bank, NATIONAL BANK OF CALIFORNIA, NORTH AMERICAN BANKING CO., a Minnesota Chartered Bank, and FIRST PREMIER BANK, a South Dakota State-Chartered Bank,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-03326-JEC |

### DEFENDANT FOUR OAKS BANK & TRUST CO.'S
### MOTION AND MEMORANDUM IN SUPPORT TO STAY DISCOVERY
### AND PRE-TRIAL DEADLINES

Defendant Four Oaks Bank & Trust Company joins in the motions of all other Defendants to stay discovery pending resolution of Defendants' motions to compel and motions to dismiss, including Four Oaks' Motion to Dismiss. The grounds for this motion are set forth in the briefs of Defendants National Bank of California [Dkt. 52-1] and BMO Harris, N.A. [Dkt. 57-1]. Pursuant to Fed. R. Civ. P. 10(c), this Motion respectfully incorporates these two briefs.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), counsel for defendant Four Oaks Bank & Trust Co. certifies that the foregoing brief was prepared in a font and point size that complies with Local Rule 5.1(C).

Respectfully submitted, this the 23rd day of December, 2013.

>CARLOCK, COPELAND & STAIR, LLP
>By:  /s/ William P. Jones
>     WILLIAM P. JONES
>     Georgia Bar No. 398228
>     191 Peachtree Street, NE, Suite 3600
>     Atlanta, GA 30303-1740
>     Ph:  (404)522-8220
>     Fx:  (404) 222-9482
>wjones@carlockcopeland.com
>*Attorneys for Defendant Four Oaks Bank & Trust Co.*
>
>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
>Carl N. Patterson , Jr. (application for *pro hac vice* filed simultaneously)
>North Carolina Bar No. 7260
>Clifton L. Brinson (application for *pro hac vice* filed simultaneously)
>North Carolina Bar No. 34331
>150 Fayetteville Street, Suite 2300
>Raleigh, NC  27601
>Ph.: (919) 821-1220
>Fax: (919) 821-6688
>cpatterson@smithlaw.com
>cbrinson@smithlaw.com
>*Attorneys for Defendant Four Oaks Bank & Trust Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed the foregoing Defendant Four Oaks Bank & Trust Co.'s Motion and Memorandum in Support to Stay Discovery and Pre-Trial Deadlines with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

                CARLOCK, COPELAND & STAIR, LLP

           By:  */s/ WILLIAM P. JONES*
                 WILLIAM P. JONES
                 State Bar No. 398228
                191 Peachtree St, NE, Suite 3600
                Atlanta, GA 30303-1740
                Ph:  (404) 522-8220
                Fx: (404) 222-9842
                wjones@carlockcopeland.com
                *Attorneys for Defendant Four Oaks Bank and Trust Co.*