IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA PARM and LISA FLAGG, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST CO., a North Carolina Chartered Bank, NATIONAL BANK OF CALIFORNIA, NORTH AMERICAN BANKING CO., a Minnesota Chartered Bank, and FIRST PREMIER BANK, a South Dakota State-Chartered Bank,<br><br>Defendants. | Case No. 1:13-CV-03326-WBH |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COME NOW Plaintiffs Jessica Parm and Lisa Flagg (together, "Plaintiffs") and respectfully give notice that they are voluntarily dismissing the above-captioned action pursuant to Fed. R. Civ. P. 41(a) and LR 41.1, NDGa. Plaintiffs hereby dismiss all claims against all Defendants without prejudice as contemplated

by Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 30, 2014            Respectfully submitted,

**CHITWOOD HARLEY HARNES LLP**

　　*/s/ Krissi T. Gore*
Krissi T. Gore (GA Bar No. 687020)
1230 Peachtree Street, Suite 2300
Atlanta, GA 30309
Tel:   (404) 873-3900
Fax:  (404) 876-4476
kgore@chitwoodlaw.com


**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, *admitted pro hac vice*
Steve Six, *admitted pro hac vice*
J. Austin Moore, *admitted pro hac vice*
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel:   (816) 714-7100
Fax:  (816) 714-7101
siegel@stuevesiegel.com
six@stuevesiegel.com
moore@stuevesiegel.com

Darren T. Kaplan (GA Bar No. 172670)
1359 Broadway, Suite 2001
New York, NY 10018
Tel:   (212) 999-7370
Fax:  (816) 714-7101
kaplan@stuevesiegel.com

**KOPELOWITZ OSTROW P.A.**
Jeffrey M. Ostrow, *admitted pro hac vice*
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
Tel:   (954) 525-4100
Fax:   (954) 525-4300
ostrow@KOlawyers.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei, *admitted pro hac vice*
Jeffrey D. Kaliel, *admitted pro hac vice*
2000 L Street, N.W.. Suite 808
Washington, D.C. 20036
Tel:   (202) 973-0900
Fax:   (202) 973-0950
hzavareei@tzlegal.com
jkaliel@tzlegal.com

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of September 2014, I have served a true and correct copy of the foregoing "PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL" with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record who are deemed to have consented to electronic service.

**CHITWOOD HARLEY HARNES LLP**

*/s/ Krissi T. Gore*
Krissi T. Gore (GA Bar No. 687020)
1230 Peachtree Street, NE
Suite 2300
Atlanta, GA 30309
Tel:   (404) 873-3900
Fax:   (404) 876-4476
kgore@chitwoodlaw.com

*Counsel for Plaintiff and the Class*